2:18-cr-122-JDL-001

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Maurice Angus Diggins |
| **Address:** (City & State Only) | Biddeford, ME |
| **Year of Birth and Age:** | 1984; 34 years old. |
| **Violations:** | **Count 1**: Hate Crime, in violation of Title 18, United States Code, Sections 249(a)(1) and 2.<br><br>**Count 2**: Conspiracy to Commit a Hate Crime, in violation of Title 18, United States Code, Section 371. |
| **Penalties:** | **Count 1**: Imprisonment of not more than ten years (18 U.S.C. § 249(a)(1)(A)), or a fine not to exceed two-hundred and fifty thousand dollars ($250,000) (18 U.S.C. § 3571(b)(3)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>**Count 2**: Imprisonment of not more than five years (18 U.S.C. § 371), or a fine not to exceed two-hundred and fifty thousand dollars ($250,000) (18 U.S.C. § 3571(b)(3)), or both.<br><br>This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | **Count 1**: Not more than three years. 18 U.S.C. § 3583(b)(2).<br><br>**Count 2**: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>**Count 2**: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

|  | **Count 2**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
|---|---|
| **Defendant's Attorney:** |  |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Special Agent Nathan Jacobs |
| **Detention Status:** |  |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 on each count. |