# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:18-cr-122-JDL |
| ) | |
| MAURICE DIGGINS and ) | |
| DUSTY LEO ) | |

**UNITED STATES' ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR ITS RESPONSES TO DEFENDANT DIGGINS' MOTION TO DISMISS INDICTMENT AND DEFENDANT LEO'S MOTION FOR A BILL OF PARTICULARS**

The United States of America, by and through Halsey B. Frank, United States Attorney for the District of Maine, and Sheila W. Sawyer, Assistant United States Attorney, hereby moves for a two-week extension of the deadline for its responses to the *Motion to Dismiss Indictment* filed by the defendant Maurice Diggins (ECF No. 89), and the *Motion for a Bill of Particulars* filed by the defendant Dusty Leo (ECF No. 93) on July 19, 2019 (hereinafter "Defendants' Pre-Trial Motions"). As grounds therefor, the government states that the parties have been exploring the possibility of resolving the above-referenced matter, which would obviate the need for any further briefing on Defendants' Pre-Trial Motions. Undersigned counsel for the government has spoken with counsel for both Maurice Diggins and Dusty Leo, and they have indicated that they have no objection to the requested extension. Finally, the government notes that the case is not currently on a trial list, pending a ruling on the Defendants' Pre-Trial Motions. *See* ECF No. 90.

WHEREFORE, the United States respectfully requests a two-week extension of the deadline for its responses to Defendants' Pre-Trial Motions from August 9, 2019, to August 23, 2019.

1

Dated:  August 2, 2019

Respectfully submitted,

HALSEY B. FRANK
UNITED STATES ATTORNEY

/s/ Sheila W. Sawyer
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower, 6th Fl.
Portland, ME  04101
(207) 780-3257

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By:   /s/ Timothy Visser
TIMOTHY VISSER
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-353-8175
timothy.visser@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I caused a copy of the foregoing Motion to be electronically filed using the CM/ECF system, which will automatically send notifications of such filing(s) to all registered participants.

Halsey B. Frank
United States Attorney

/s/ Sheila W. Sawyer
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower, 6th Fl.
Portland, ME  04101
sheila.sawyer@usdoj.gov