UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>MAURICE DIGGINS ) | DOCKET NO. 2:18-cr-122-JDL |

**MOTION TO CONTINUE HEARING ON DEFENDANT'S EMERGENCY MOTION TO RESTORE MEDICATION DURING PRETRIAL DETENTION AND INCORPORATED MEMORANDUM**

NOW COMES **Maurice Diggins**, by counsel and asks the court to continue the hearing currently scheduled for January 14, 2020 at 3 pm.

In support of this motion, counsel states the following:

1. Counsel have been working cooperatively to try and resolve the medication issue. Today, government counsel was notified by Christopher Brackett, the Superintendent of the Strafford Jail, that the jail will perform and new evaluation of Mr. Diggins by tomorrow (1/15/20) by their medical staff for reinstatement of his Medically Assisted Treatment (MAT), and if medically indicated will be resuming treatment.

2. Based on the report from Strafford Jail the parties are optimistic court involvement will not be necessary. The parties ask to continue the hearing and should the issue become moot a dismissal of the pending motion will be filed. If a resolution is not reached, the parties will contact the clerk to reschedule the hearing.

3. AUSA Sheila Sawyer on behalf of the government agrees with this approach.

Wherefore Defendant requests the hearing be continued. Counsel will be responsible for notifying the clerk if a new date is needed or filing a notice withdrawing the pending motion (ECF # 123).

DATE: January 14, 2020

/s/ *David Beneman*
David Beneman
Attorney for Maurice Diggins

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 0412-0595
207-553-7070 ext. 101
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Maurice Diggins**, hereby certify that I have served, electronically, a copy of the **within "MOTION TO CONTINUE HEARING ON DEFENDANT'S EMERGENCY MOTION TO RESTORE MEDICATION DURING PRETRIAL DETENTION AND INCORPORATED MEMORANDUM"** upon **Sheila Sawyer**, Assistant United States Attorney, United States Attorney's Office, Portland, ME, **Amy Fairfield**, Esq. and all other counsel of record via the ECF system.

/s/ David Beneman
David Beneman

DATE: January 14, 2020