Diggins Exhibit 4



# Commonwealth of Massachusetts
## Office of the Sheriff

*Franklin County*

# DIRECTIVE

## Dispensing Protocol for Medically Assisted Treatment (MAT) of Opioid Use Disorder

**DATE:** September 13, 2018

**ISSUED BY:** Superintendent Lori M. Streeter: _____

### Daily Medication call for Medically Assisted Treatment for Opioid Use Disorder

1. Medication Distribution will commence at 6:00am and will take place in the medium security library. A maximum of 15 inmates will be moved to the programs area in OMS and will be counted in the library during this time. Three security staff will be assigned at all times to monitor the medication distribution unless the group of inmates is six or less, at which time, the number of security staff can be reduced to two. Security staff will follow the direction of medical personnel.

   Medication distribution grouping will be organized by the overnight shift supervisor in accordance with the information below. If numbers dictate, all groups will be filled to capacity.

   a. <u>Group 1</u> (Library)
      Court
      Community Service/Off site jobs
      Offsite morning appointments
      Security Quarantine
      All other inmates from Pod A, C, and D

**DEFENDANT'S EXHIBIT**
CASE NO.
EXHIBIT NO. 4

    b. <u>Group 2</u> (Library)

        Female inmates (Female inmates scheduled for court will be medicated by the 5:30am – 5:30pm nurse between 5:30am-6:00am in the Medical department.)

    c. <u>Group 3</u> (Library)

        Segregation inmates (All segregation inmates can be grouped together unless enemy status dictates. Inmates shall remain handcuffed in the front during medication pass.)

    d. <u>Group 4</u>

        High risk group (consists of previous inmates who have been removed from the MAT program for not following the MAT protocol and have been given another opportunity to remain on MAT as continuation of treatment, as well as getting it as a pre-release induction, or maintenance if re-admitted to the facility.)

    e. Any remaining inmates on the list will be incorporated into additional sessions in the library until the conclusion of the distribution process (up to 15 per session) is completed. In the event the medication distribution lasts until 8:45am, and at the direction of shift commander, inmates will be escorted to the intake/booking area (current restraint chair area) and have their medication distributed there. If the restraint chair area is in use, the medication pass will take place in the booking iso-pass area. **Distribution on Sunday can remain in library for the duration of the distribution.**

    f. An officer shall be assigned to escort inmates to the intake/booking area with a nurse and remain with the nurse until distribution is completed. Once in the intake area inmates shall be seated in chairs and will adhere to the same procedures required in the library.

2. Security Staff shall call the Housing Units and request the necessary inmates to be seen.

3. The Housing Unit Officer shall log the inmate/s out to medical documenting the name and time of departure on the Unit Log.

4. In both locations, Officer will instruct inmates to sit on their hands and remain in this position for the duration of medication distribution.

5. The Nurse on duty will administer the crushed Buprenorphine or Buprenorphine/Naloxone sublingual (under the tongue) per the provider order. There will be no talking, manipulating of medication with tongue or mouth movements for the remainder of the distribution time. The nurse will visually check with a flashlight to ensure that the crushed sublingual medication remains under the tongue.

6. After all inmates have received their medication, the group will remain in the waiting area (both locations) with the Officer and Nurse for approximately 15-18 minutes. After this time has passed, the nurse will complete a final mouth check with a flashlight to determine if the crushed sublingual medication has fully dissolved. Inmates who receive their medication in both locations (library and intake/booking area) shall be individually, with their hands behind their backs, escorted to the bathroom by the Officer. Prior to being escorted to the bathroom, the inmate shall move his/her chair to the opposite side of the medication distribution line. Medical staff will instruct the inmate to begin a mouth rinse and spit the residue out, then have the inmate eat one package of saltine crackers, and repeat rinse and spit. The inmate shall then be instructed to use their fingers to open and expose their upper and lower lip, under their tongue and do a complete finger sweep of their mouth. At this time the inmates are to wash their hands. Prior to returning to the unit, the Officer shall conduct another mouth and hand check. If the inmate salivates onto any part of their jumpsuit, that piece of clothing will be removed and replaced.

7. If an inmate on MAT has dentures, the following shall apply. If the inmate is able to chew crackers without dentures, the dentures will be left in his/her cell for MAT distribution. If the patient is not able to chew crackers without dentures, the dentures may be kept on person (pocket) during MAT. After the inmate has completed the first mouth rinse/check, the dentures may be worn to proceed with the cracker consumption.

8. Once all inmates from Minimum Security/Kimball House have completed their final mouth rinse/check, they will immediately be escorted back to the minimum security building in preparation for work details. All remaining medium security inmates will wait until the rest of the group has undergone the mouth rinse/check before being transported back to the housing unit.

9. Inmates that are in Protective Custody Status will be escorted to the medication distribution area (individually or in a group of up to 15) and adhere to the procedures above.

10. If an inmate is suspected of tampering with or attempting to divert the medication, the Officer present shall follow the FCSO disciplinary procedure.