UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Maurice Diggins

DOCKET NO: 2:18-cr-00122-JDL

PROCEEDING TYPE: Hearing on Motion

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Nicholson Letter | 2/14/2020 | 2/14/2020 |  | 2/14/2020 |
| 1 |  |  | Sealed Exhibit | 2/14/2020 | 2/14/2020 |  | 2/14/2020 |
| 2 |  |  | Sealed Exhibit | 2/14/2020 | 2/14/2020 |  | 2/14/2020 |
| 3 |  |  | Sealed Exhibit | 2/14/2020 | 2/14/2020 |  | 2/14/2020 |