# UNITED STATES DISTRICT COURT

District of Maine

## Witness List

| Case Name: USA v. Maurice Diggins | Proceeding Type: |
|---|---|
| Case No.: 2:18-cr-00122-NT | Jury Trial |

| Presiding Judge: Nancy Torresen, U.S. District Judge | Government's Attorney: | Defendant's Attorney: |
|---|---|---|
| Courtroom Deputy: Amy Rydzewski | Sheila W. Sawyer, AUSA | David R. Beneman, Esq. |
| Court Reporter: Tammy Martell | Timothy M. Visser, AUSA | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 3/9/2020 | Darin Berrick |
| X | | 3/6/2020 | Dr. Richard Crawford, *Southern Maine Oral and Maxillofacial Surgery* |
| X | | 3/9/2020 | Ryan Doran |
| X | | 3/6/2020 | Michael Hevey |
| X | | 3/9/2020 | Kylie Ireland |
| X | | 3/6/2020 | Nathan Jacobs, *FBI* |
| X | | 3/6/2020 | Chris Magyarics, *Anti-Defamation League, Philadelphia, PA* |
| X | | 3/6/2020 | Daimon McCollum |
| X | | 3/6/2020 | Todd Murphy |
| X | | 3/9/2020 | Akok Nyang |
| X | | 3/6/2020 | Chris Ouellette, *Biddeford Police Department* |
| | X | 3/9/2020 | Mark Tomachek |
| X | | 3/9/2020 | Morgan Wallingford |
| | X | 3/9/2020 | Jerome Witkowski |
| | X | 3/9/2020 | Cody Braga |
| | X | 3/9/2020 | Tessa Dennison |

|   | X | 3/9/2020 | Nathan Jacobs, *FBI* |
|---|---|----------|----------------------|