UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Maurice Diggins

DOCKET NO: 2:18-cr-00122-NT

PROCEEDING TYPE: Jury Trial

**Exhibit List**

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | (Bates No. 20930): AN Radiograph Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 2 | | | (Bates No. 20894): AN Radiograph Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 3 | | | (Bates No. 23230): AN Radiograph Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 5 | | | (Bates No. 22755): DM Hospital Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 6 | | | (Bates No. 22756): DM Hospital Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 8 | | | (Bates No. 21916): DM Radiograph Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 9 | | | (Bates No. 21937): DM Radiograph Image | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10A | | | 7-11 Security Camera Footage (Bates No. 888) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10B | | | 7-11 Security Camera Footage (Bates No. 889) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10C | | | 7-11 Security Camera Footage (Bates No. 890) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10D | | | 7-11 Security Camera Footage (Bates No. 891) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10E | | | 7-11 Security Camera Footage (Bates No. 892) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10F | | | 7-11 Security Camera Footage (Bates No. 893) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10G | | | 7-11 Security Camera Footage (Bates No. 894) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10H | | | 7-11 Security Camera Footage | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10J | | | 7-11 Security Camera Footage (Bates No. 411) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 10L | | | 7-11 Security Camera Footage (Bates No. 969): Video Still | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 11 | | | Aerial Image of Biddeford, ME | 3/6/2020 | 3/6/2020 | | 3/6/2020 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 11A | | | Annotated Aerial Image of Biddeford, ME | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 12 | | | Aerial Image of Biddeford, ME | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 13 | | | (Bates No. 77-79): Biddeford Police Photo Array | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14A | | | Photos of Maurice Diggins & his tattoos (Bates No. 4831) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14B | | | Photos of Maurice Diggins & his tattoos (Bates No. 4832) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14C | | | Photos of Maurice Diggins & his tattoos (Bates No. 4833) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14D | | | Photos of Maurice Diggins & his tattoos (Bates No. 4834) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14E | | | Photos of Maurice Diggins & his tattoos (Bates No. 4836) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14H | | | Photos of Maurice Diggins & his tattoos (Bates No. 4839) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14J | | | Photos of Maurice Diggins & his tattoos (Bates No. 4840) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 14K | | | Photos of Maurice Diggins & his tattoos (Bates No. 4841) | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| 15A | | | (Bates No. 1485): Group Photo from April 2018 | 3/9/2020 | 3/9/2020 | | 3/9/2020 |
| 16 | | | (Bates No. 22965): RD Video from outside of Silver House Tavern | 3/9/2020 | 3/9/2020 | | 3/9/2020 |
| 18G | | | Maurice Diggins' Jail Call Clips (Bates No. 1069) | 3/9/2020 | 3/9/2020 | X | 3/9/2020 |
| T1 | | | Map of Biddeford: 40 Emery Street | 3/9/2020 | 3/9/2020 | | 3/9/2020 |
| T2 | | | Map of Biddeford: 25 Clifford Street | 3/9/2020 | 3/9/2020 | | 3/9/2020 |
| | 1 | | Ouellette Report | 3/6/2020 | | | |
| | 2 | | Excerpt of Ouellette Report | 3/6/2020 | | | |
| | 3 | | Ouellette Report 3/- Statement of Daimon McCullum | 3/6/2020 | | | |
| | 4 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 5 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 6 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 7 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 8 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 9 | | Photo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 10 | | Video Footage – Outside of Silver House | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 11 | | Map | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 12 | | Photo – Outside of Gritty's | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 13 | | Photo – Outside of Silver House Tavern | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 14 | | Photo – Dusty Leo | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 15 | | Photo – Five Individuals at the Pearl Taphouse | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 16 | | Map – Marking Pearl Taphouse and Oasis | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 17 | | Photo – Wharf Street | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 18 | | Photo – Bill's Pizza | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 19 | | Map – Marking Oasis and Bill's Pizza | 3/6/2020 | 3/6/2020 | | 3/6/2020 |
| | 20 | | Video Footage | 3/9/2020 | 3/9/2020 | X | 3/9/2020 |
| | | 1 | Certified Copy of the Superseding Indictment | | | | 3/10/2020 |
| | | 2 | Final Jury Instructions | | | | 3/10/2020 |
| | | 3 | Jury Note | | | | 3/10/2020 |
| | | 4 | Verdict Form | | | | 3/10/2020 |