UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2020 MAR 10 P 1: 16

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | DOCKET NO. 2:18-cr-122-NT |
| ) | |
| MAURICE DIGGINS ) | |
| ) | |

## JURY VERDICT FORM

We, the jury, find the Defendant, Maurice Diggins:

1. On count One, conspiracy to willfully cause bodily injury because of race as alleged in Count 2 and / or Count 3,

    __Guilty__
    (Not Guilty / Guilty)

2. On count Two, willfully causing bodily injury to A.N. because of race,

    __Guilty__
    (Not Guilty / Guilty)

3. On count Three, willfully causing bodily injury to D.M. because of race,

    __Guilty__
    (Not Guilty / Guilty)

*Foreperson, please sign and date the form*

DATED:

Signature redacted. Original on file.

Jury Foreperson